IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITH LAMOND HAWKINS,
#5797-08                                                                                                PLAINTIFF

v.                                              4:08CV04201HLJ

DOC HOLLADAY, et al.                                                              DEFENDANTS

ORDER

By Order dated December 12, 2008 (DE #3), this Court granted plaintiff's application to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days. Plaintiff has now submitted an amended complaint, in which he adds defendants Dr. Johnson and L.P.N. Washburn (DE #5). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate for defendants Speer, Johnson, and Washburn. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Nurse Speer, Dr. Johnson, and L.P.N. Washburn. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE #5) and summons on defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 7th day of January, 2009.

_____
United States Magistrate Judge