IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITH LAMOND HAWKINS,
#5797-08                                                                                            PLAINTIFF

v.                                              4:08CV04201HLJ

DOC HOLLADAY, et al.                                                                 DEFENDANTS

## ORDER

This matter is before the Court on plaintiff's motion for discovery (DE #45). Defendants have filed a response to the motion (DE #46).

Plaintiff's motion actually appears to be a list of exhibits which he wishes to file or to have available as evidence at his trial. To the extent that these documents have now been filed, the motion will be granted. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for discovery (DE #45) is hereby GRANTED.

IT IS SO ORDERED this 10th day of November, 2009.

_____
United States Magistrate Judge

1